IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BERNARD ROTTSCHAEFER, )
    Petitioner, )
                                 )
    v. )    Civil Action No. 09-507
                                 )    (Criminal No. 03-162)
UNITED STATES OF AMERICA,)
    Respondent. )

## ORDER

AND NOW, this 27th day of April, 2009, the Court, having received petitioner's motion to vacate [document #111 at Criminal No. 03-162], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before May 18, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before June 1, 2009.

BY THE COURT:

s/Gary L. Lancaster, J.
Hon. Gary L. Lancaster,
United States District Judge

cc: All counsel of record